# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Cohlleen Hawthorn<br><br>    Plaintiff,<br><br>v.<br><br>Penn Credit Corporation<br><br>    Defendant. | Case No. 13-cv-08264<br><br>JUDGE: Honorable Virginia M. Kendall<br><br>**NOTICE OF DISMISSAL**<br>**WITHOUT PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action without prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

        RESPECTFULLY SUBMITTED,

        Hyslip & Taylor, LLC, LPA

        By:   /s/ Jeffrey S. Hyslip
            Jeffrey S. Hyslip
            Attorney for Plaintiff
            917 W. 18th Street
            Suite 200
            Chicago, IL 60608

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Katherine H. Tresley, Esq.
Hinshaw & Culbertson, LLP
222 N. LaSalle, Suite 300
Chicago, IL  60602
Counsel for:
Penn Credit Corporation

/s/ Jeffrey Hyslip